# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00403 DAD-BAM |
| Plaintiff, | |
| v. | ORDER |
| MACLIVIO ONTIVEROS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice as to MACLIVIO ONTIVEROS.

IT IS SO ORDERED.

Dated: **March 24, 2021**

_____
UNITED STATES DISTRICT JUDGE